IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEROSHER E. PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2459 |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

**Question No. 1:**

Do you find that Federal Express made any of the following decisions because Derosher E. Price engaged in protected conduct?

Answer "yes" or "no":

    A.    September 2004 failure-to-promote    _yes_

    B.    April 2005 failure-to-promote    _yes_

    C.    August 2005 termination of employment    _yes_

**Question No. 2:**

What amount of money, if any, if paid now in cash, do you find would fairly and reasonably compensate Derosher E. Price for his damages, if any, suffered because Federal Express made any of the following decisions in retaliation for having engaged in protected conduct?

Answer in dollars and cents, if any:

A. Back pay and employment benefits $ 180,000 —

B. Compensatory damages $ 170,000 —

**Question No. 3:**

Do you find that Federal Express made any of the following decisions with malice or with reckless indifference to Plaintiff's federally protected rights?

Answer "yes" or "no":

    A.    September 2004 failure-to-promote     _yes_

    B.    April 2005 failure-to-promote     _yes_

    C.    August 2005 termination of employment     _yes_

_1-31-08_
Date

\_Signed Original placed in Vault

\H-06-2459      -3-