IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEROSHER E. PRICE,<br> Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. H-06-2459 |
| | § | JURY |
| FEDERAL EXPRESS CORPORATION,<br> Defendant. | § § § | |

## FINAL JUDGMENT

The Court orders that Plaintiff, Derosher E. Price, have judgment against Defendant, Federal Express Corporation, for actual damages consisting of: one hundred eighty thousand and 00/100 dollars ($180,000) in back pay and benefits; one hundred seventy thousand and 00/100 dollars ($170,000) for compensatory damages; front pay in the amount of seventy-two thousand nine hundred sixty-two and 00/100 dollars ($72,962); attorney's fees in the amount of one hundred thousand and 00/100 dollars ($100,000); punitive damages in the amount of one hundred thousand and 00/100 dollars ($100,000); and prejudgment interest in the amount of fourteen thousand one hundred forty-eight and 00/100 dollars ($14,148), for a total judgment of six hundred thirty-seven thousand one hundred ten and 00/100 dollars ($637,110), with interest to accrue on said amount from the date of judgment at the rate of 2.04% per annum.

Plaintiff Derosher E. Price shall recover his court costs from Defendant, Federal Express Corporation, pursuant to 42 U.S.C. § 1988 and 28 U.S.C. § 1920.

Plaintiff's Motion for Attorney's Fees on Appeal is denied without prejudice to reurging at an appropriate time.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

Signed this **25th** day of February 2008.

                                              U.S. DISTRICT JUDGE SIM LAKE

AGREED AS TO FORM ONLY:

/s/ MICHAEL E. GABEL

Michael E. Gabel, Esq.
Federal Express Corporation
3620 Hacks Cross Road
Building B, 2nd Floor
Memphis, Tennessee 38125
Telephone:   901-434-0016
Facsimile:    901-434-4523

ATTORNEYS-IN-CHARGE
FOR DEFENDANT


AGREED AS TO FORM ONLY:

LAW OFFICE OF G. SCOTT FIDDLER, P.C.


/s/ G. SCOTT FIDDLER

G. SCOTT FIDDLER
Texas Bar No. 06957750
Federal ID No. 12508
9601 Jones Road, Suite 250
Houston, Texas 77065
Telephone:   281-897-0070
Facsimile:    281-897-0078

ATTORNEY-IN-CHARGE
FOR PLAINTIFF